**Wynn A. COX, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Commissioner of the Social Security Administration of the United States of America, Defendant–Appellee.**

No. 03–10431.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2003.

Robert E. Barfield, Amarillo, TX, for Plaintiff–Appellant.

Cheryl Chapman, Social Security Administration, Office of General Counsel, Dallas, TX, for Defendant–Appellee.

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

PER CURIAM.[1]

Wynn A. Cox appeals the district court's judgment affirming the denial by the Com-

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

missioner of Social Security ("Commissioner") of Cox's applications for disability insurance benefits and supplemental security income. Specifically, Cox challenges the determination of the Administrative Law Judge ("ALJ") that his impairments did not meet or equal the criteria set forth in 20 C.F.R. pt. 404, subpt. P, app. 1, 1.03A (1996).

Based on our review of the record, the ALJ's determination challenged by Cox was supported by substantial evidence. *See Leggett v. Chater,* 67 F.3d 558, 564 (5th Cir.1995). The decision of the district court affirming the Commissioner's decision is AFFIRMED.